# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| I.E. LIQUIDATION, INC. | ) | Case No. 06-62179 |
| (f/k/a Ideal Electric Company), | ) | |
| | ) | Honorable Russ Kendig |
| Debtor. | ) | |
| | ) | |

## NOTICE OF RESIGNATION OF PLAN ADMINISTRATOR
## AND APPOINTMENT OF SUCCESSOR PLAN ADMINISTRATOR

**PLEASE TAKE NOTICE** that Kevin Durst, Plan Administrator of the Estate of I.E. Liquidation, Inc., has resigned from his position as Plan Administrator, effective September 2010.

**PLEASE TAKE FURTHER NOTICE** that, effective September 2010, pursuant to Article 6.2(B) of the Debtor's Second Amended Chapter 11 Plan of Liquidation (the "Plan"), Timothy S. Fenwick has been appointed as the successor Plan Administrator to Kevin Durst.

Dated: February 22, 2011

Respectfully submitted,

/s/John A. Polinko
Sean D. Malloy (0073157)
Scott N. Opincar (0064027)
John A. Polinko (0073967)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
jpolinko@mcdonaldhopkins.com

and

/s/Jeffrey C. Toole
Harry W. Greenfield (0003839)
Jeffrey C. Toole (0064688)
BUCKLEY KING LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
E-mail: greenfield@buckleyking.com
toole@buckleyking.com

COUNSEL FOR TIMOTHY S. FENWICK,
SUCCESSOR PLAN ADMINISTRATOR
OF THE ESTATE OF I.E. LIQUIDATION,
INC.

{2518318:}